■ In the Matter of the Claim of WILLIAM G. KAMPE et al., Respondents. GLOVER BOTTLED GAS CORPORATION, Appellant; LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 2, 1983, which determined that claimants were entitled to receive benefits. ¶ Decision affirmed, without costs (see *Matter of Kendrick [Glover Bottled Gas Corp. — Roberts]*, 102 AD2d 931). Main, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.